## Commonwealth *v.* Rhoads, Appellant.

Submitted June 8, 1970. *Richard Rhoads,* appellant, in propria persona; *Harold E. Sheely,* District Attorney, for Commonwealth, appellee.

Order affirmed.